[No. 4935.]

## CAROLINE PATOCHI ET ALS. v. THE CENTRAL PACIFIC RAILROAD COMPANY.

VERDICT IN GOLD COIN.—In an action to recover damages for an injury to the person, a verdict for the plaintiff payable in gold coin is not warranted, and if such verdict is rendered, the Court should disregard the gold coin part as surplus.

APPEAL from the District Court, Twentieth Judicial District, County of Santa Clara.

The plaintiffs were the surviving wife and brothers of Frank A. Patochi, deceased. They alleged in the complaint that he was killed by a train of cars run by the defendant, and that his death was caused by the negligence of the defendant. The complaint did not claim damages in gold coin, but the jury assessed the damages at nine thousand dollars in U. S. gold coin, and the Court rendered judgment payable in that coin. The defendant appealed.

*S. W. Sanderson*, for the Appellant.

*Moore, Laine, Delmas, & Leib*, for the Respondents.

By the COURT:

The verdict, in so far as it awarded damages "in United States gold coin," was unwarranted, and this clause should have

been disregarded in entering the judgment. ( *Watson* v. *S. F. & H. B. R. R. Co.* 50 Cal. 523.) We find no other error in the record.

Judgment and order affirmed, except in so far as the judgment requires payment in gold coin, and the case is remanded, with instructions to the Court below to modify the judgment in accordance with this opinion.